**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              Bankruptcy No. 16-24167-JAD

Michael J. Huth Sr., and                                  Chapter 13
Rosalyn M. Huth,
                                                                       Related to Doc. 24
            Debtor(s).

**CONSENT ORDER MODIFYING CONFIRMATION ORDER**
**DATED May 24, 2017 (FILED AT DOC. 24)**

WHEREAS, the Court entered a Confirmation Order at Doc. 24, confirming the Debtors November 16, 2016, Plan which had been filed at Doc. 9 (the "Confirmation Order"), which, upon consent of the parties, as evidenced by their electronic signatures set forth below, is to be modified as follows:

(1)    Paragraph (1.)H. of the Confirmation Order is revised to delete $3,732.03 and to substitute $2,732.03, and shall now read as follows:

> The claim of JPMorgan Chase Bank at Claim No. 9 shall be paid in the amount of $390.29 per month for 7 months in total amount of $2,732.03.

Except as expressly amended herein, the Confirmation Order shall otherwise remain unchanged and controlling.

So Ordered, this ____, day of _____, 20____.


                                                                       _____
                                                                       Jeffery A. Deller, Judge
                                                                       U.S. Bankruptcy Court

Consented to:

/s/  Kenneth Steidl
Kenneth Steidl
707 Grant Street, Suite 2830
Gulf Tower
Pittsburgh, PA 15219
412-391-8000
Attorney for Debtor(s)

/s/ Owen W Katz
Owen W. Katz
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
okatz@chapter13trusteewdpa.com
Tel. (412) 471-5566 x3124
Attorney for Trustee