IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 16-24167-JAD |
| Michael J. Huth Sr., and<br>Rosalyn M. Huth, | Chapter 13 |
| | Related to Doc. 24 |
| Debtor(s). | Doc. # 33 |

**CONSENT ORDER MODIFYING CONFIRMATION ORDER
DATED May 24, 2017 (FILED AT DOC. 24)**

WHEREAS, the Court entered a Confirmation Order at Doc. 24, confirming the Debtors November 16, 2016, Plan which had been filed at Doc. 9 (the "Confirmation Order"), which, upon consent of the parties, as evidenced by their electronic signatures set forth below, is to be modified as follows:

(1) Paragraph (1.)H. of the Confirmation Order is revised to delete $3,732.03 and to substitute $2,732.03, and shall now read as follows:

> The claim of JPMorgan Chase Bank at Claim No. 9 shall be paid in the amount of $390.29 per month for 7 months in total amount of $2,732.03.

Except as expressly amended herein, the Confirmation Order shall otherwise remain unchanged and controlling.

So Ordered, this 16th, day of October, 20 17.

Jeffery A. Deller, Judge
U.S. Bankruptcy Court

FILED
10/16/17 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ Kenneth Steidl
Kenneth Steidl
707 Grant Street, Suite 2830
Gulf Tower
Pittsburgh, PA 15219
412-391-8000
Attorney for Debtor(s)

/s/ Owen W Katz
Owen W. Katz
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
okatz@chapter13trusteewdpa.com
Tel. (412) 471-5566 x3124
Attorney for Trustee

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 16-24167-JAD
Michael J. Huth, Sr.                                                Chapter 13
Rosalyn M. Huth
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: gamr                  Page 1 of 2                  Date Rcvd: Oct 16, 2017
                              Form ID: pdf900             Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db/jdb         +Michael J. Huth, Sr.,    Rosalyn M. Huth,    24 Woodlawn Dr.,    Freeport, PA 16229-1940
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,     845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr              WELLS FARGO BANK, N.A.,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
14318981      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America Visa,     PO Box 15019,    Wilmington, DE 19886)
14318982       +Bank of America-American Express,     PO Box 15019,    Wilmington, DE 19886-5019
14318983       +Barkley Bank/Juniper Bank,    PO Box 13337,    Philadelphia, PA 19101-3337
14318985       +Capital One Mastercard,    PO Box 71083,    Charlotte, NC 28272-1083
14318986       +Captial One Mastercard,    PO Box 30285,    Salt Lake City, UT 84130-0285
14318988       +Chase Bank,    PO Box 1423,    Charlotte, NC 28201-1423
14318990       +Chase Visa,    PO Box 1423,    Charlotte, NC 28201-1423
14371145        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14318993       +Discover Card,   PO Box 742655,    Cincinnati, OH 45274-2655
14318994       +Exxon Mobil,   PO Box 6404,    Sioux Falls, SD 57117-6404
14318996       +First National Bank of Omaha,    PO Box 3412,    Omaha, NE 68103-0412
14328801       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,     Omaha, NE 68197-0002
14318999       +Macy’s,   Bankruptcy Dept.,    PO Box 8218,    Mason, OH 45040-8218
14319000       +Macy’s/American Express,    Bankrutpcy Dept.,    PO Box 8218,    Mason, OH 45040-8218
14356181        NAVIENT PC TRUST,    C/O Navient Solutions, Inc.,     PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14319001       +National Tire & Battery,    6716 Grade Lane,    Bldg. 9, Suite 910,    Louisville, KY 40213-3410
14319006       +PNC Bank,   PO Box 3429,    Pittsburgh, PA 15230-3429
14319008       +Sears Mastercard,    PO Box 6282,    Sioux Falls, SD 57117-6282
14319009       +Shell Oil Company,    PO Box 6406,    Sioux Falls, SD 57117-6406
14319010       +Sunoco,   PO Box 6407,    Sioux Falls, SD 57117-6407
14319011       +Target Mastercard,    PO Box 660170,    Dallas, TX 75266-0170
14319013       +Wells Fargo Bank,    PO Box 10347,    Des Moines, IA 50306-0347
14337314        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,     PO Box 19657,    Irvine CA 92623-9657
14381979        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,     PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14341364        Wells Fargo Bank, N.A.,    Default Document Processing,     N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
14319014        Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
14319015       +Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14330824        E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2017 01:24:26      Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
14318980       +E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2017 01:24:26      Ally Bank,    PO Box 9001951,
                 Louisville, KY 40290-1951
14318984       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2017 01:21:02      BP Visa,    c/o Synchrony Bank,
                 Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
14318987       +E-mail/Text: bk.notifications@jpmchase.com Oct 17 2017 01:24:35       Chase Auto Finance,
                 PO Box 901076,    Fort Worth, TX 76101-2076
14318992       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2017 01:21:20      Citgo,    c/o Synchrony Bank,
                 Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
14328892        E-mail/Text: mrdiscen@discover.com Oct 17 2017 01:24:26      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14318997       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2017 01:21:11      Gap Visa,    c/o Synchrony Bank,
                 Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
14348508        E-mail/Text: bk.notifications@jpmchase.com Oct 17 2017 01:24:35       JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,     Phoenix, AZ 85038-9505
14318998       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2017 01:21:01      Lowe’s,    c/o Synchrony Bank,
                 Attn: Bankrutpcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
14363747       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2017 01:24:54      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14319002       +E-mail/PDF: pa_dc_claims@navient.com Oct 17 2017 01:21:21      Navient,    PO Box 9650,
                 Wilkes Barre, PA 18773-9650
14336032        E-mail/PDF: pa_dc_litigation@navient.com Oct 17 2017 01:21:22
                 Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,     PO Box 9430,    Wilkes Barre, PA 18773-9430
14332815       +E-mail/PDF: cbp@onemainfinancial.com Oct 17 2017 01:21:10      ONEMAIN,    605 MUNN ROAD,
                 FT. MILL, SC 29715-8421
14332813       +E-mail/PDF: cbp@onemainfinancial.com Oct 17 2017 01:21:19      ONEMAIN,    605 MUNN ROAD,
                 FT. MOLL, SC 29715-8421
14319004       +E-mail/PDF: cbp@onemainfinancial.com Oct 17 2017 01:21:10      One Main Financial,    PO Box 3327,
                 Evansville, IN 47732-3327
14335590        E-mail/PDF: cbp@onemainfinancial.com Oct 17 2017 01:21:01      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
14381894        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 01:42:44
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0315-2           User: gamr               Page 2 of 2            Date Rcvd: Oct 16, 2017
                               Form ID: pdf900          Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14670708         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 01:42:35
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14325526        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 01:26:38
                   PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14319007        +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2017 01:21:11      Sam's Club Master Card,
                   c/o Synchrony Bank,    Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
14370578        +E-mail/Text: bncmail@w-legal.com Oct 17 2017 01:25:02      TD BANK USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14319012        +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2017 01:21:01      Walmart Mastercard,
                   c/o Synchrony Bank,    Bankruptcy Dept.,    PO Box 965023,    Orlando, FL 32896-5023
                                                                                               TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14318989*      +Chase Bank,   PO Box 1423,    Charlotte, NC 28201-1423
14318991*      +Chase Visa,   PO Box 1423,    Charlotte, NC 28201-1423
14318995*      +Exxon Mobil,    PO Box 6404,    Sioux Falls, SD 57117-6404
14373695*      +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
14319003*      +Navient,   PO Box 9650,    Wilkes Barre, PA 18773-9650
14319005*      +One Main Financial,    PO Box 3327,    Evansville, IN 47732-3327
14678654*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk, VA 23541)
                                                                                   TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Michael J. Huth, Sr. julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
              Kenneth Steidl    on behalf of Joint Debtor Rosalyn M. Huth julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 6
```