**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  MICHAEL J. HUTH, SR.
  ROSALYN M. HUTH

      Debtor(s)

  Ronda J. Winnecour

      Movant
    vs.

  WELLS FARGO BANK NA
     Respondent(s)

Case No. 16-24167JAD

Chapter 13

Document No.___

INTERIM NOTICE OF CURE OF ARREARS

    Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 40
Court Claim Number - 8

  11/15/2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   MICHAEL J. HUTH, SR.
   ROSALYN M. HUTH

|  |  |
|---|---|
| Debtor(s) | Case No.:16-24167JAD |
| | Chapter 13 |
| Ronda J. Winnecour | |
| | Document No.____ |
| Movant | |
| vs. | |
| WELLS FARGO BANK NA | |
| Respondent(s) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

MICHAEL J. HUTH, SR., ROSALYN M. HUTH, 24 WOODLAWN DR., FREEPORT, PA 16229
 KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219
WELLS FARGO BANK NA, ONE HOME CAMPUS, MAC# X2302-04C, DES MOINES, IA 50328


11/15/2017                           /s/ Renee Ward
                                     Administrative Assistant
                                     Office of the Chapter 13 Trustee
                                     CHAPTER 13 TRUSTEE WD PA
                                     600 GRANT STREET
                                     SUITE 3250 US STEEL TWR
                                     PITTSBURGH, PA  15219
                                     (412) 471-5566
                                     cmecf@chapter13trusteewdpa.com