**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

03/23/2018

IN RE:

MICHAEL J. HUTH, SR.
ROSALYN M. HUTH
24 WOODLAWN DR.
FREEPORT, PA 16229
XXX-XX-4025         Debtor(s)

XXX-XX-4154

Case No.16-24167 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/23/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WAL MART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5670/PRAE |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(\*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL BY CO-SIGNER*CL=$16,837.52 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2569 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br>FT WORTH, TX  76101-2032 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 2,732.03<br>COMMENT: 390.29 X 7 RM/CONF*391 X 8 REM MOS/PL*7 REM PMTS/CL*NO$/SCH G*CHASE/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4708 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO  80217-0900 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 0.00<br>COMMENT: 658@WFDS/PL*658.08 X (60+2)=LMT*$0 ARRS/PL-CL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7585 |
| **WELLS FARGO BANK NA**<br>ONE HOME CAMPUS<br>MAC# X2302-04C<br>DES MOINES, IA  50328 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 0.00<br>COMMENT: C8GOV*PMT/DECLAR*DKT4PMT-LMT*BGN 11/16 | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 0412 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8397 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~AMEX/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9789 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE  19801 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~JUNIPER BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9456 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 732.40<br>COMMENT: BP~SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0619 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  801.24<br>COMMENT:  CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8645 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM:  1,941.52<br>COMMENT:  CAPITAL ONE/ORCHARD BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4504 |
| **CHASE++**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7107 |
| **CHASE++**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9511 |
| **CHASE++**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4750 |
| **CHASE++**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~CITGO/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8833 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  13,917.39<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1769 |
| **EXXON MOBILE/CITIBANK**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5767 |
| **EXXON MOBILE/CITIBANK**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7418 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br><br>OMAHA, NE  68197-3106 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 8,052.61<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7361 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 332.66<br>COMMENT: SYNCHRONY BANK~GAP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6674 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 2,209.52<br>COMMENT: SYNCHRONY BANK~LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6470 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA  98083-0657 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 158.68<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4791 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA  98083-0657 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 716.48<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1613 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 692.66<br>COMMENT: NATIONAL TIRE & BATTERY/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0087 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br><br>WILKES-BARRE, PA  18773-9000 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,291.53<br>COMMENT: 8450/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4154 |
| **NAVIENT SOLUTIONS INC O/B/O USAF INC**<br>USA FUNDS - MC E2148<br>ATTN DEPOSIT OPERATIONS<br>PO BOX 6180<br>INDIANAPOLIS, IN  46206-6180 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 60,060.00<br>COMMENT: 4501/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4154 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 17,683.47<br>COMMENT: FR ONE MAIN-DOC 27*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8367 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 7,030.91<br>COMMENT: 8367/SCH*FR ONE MAIN FINANCIAL-DOC 30*LN TAKEN 4/10/14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8183 |

| Creditor | Trustee Claim # | Court Claim # | INT % | Claim | Cred Desc | Account No. | Comment |
|---|---|---|---|---|---|---|---|
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | 31 | | 0.00% | 0.00 | UNSECURED CREDITOR | 3324 | NT ADR/SCH |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | 32 | 17 | 0.00% | 5,228.22 | UNSECURED CREDITOR | 6380 | SYNCHRONY BANK~SAMS CLUB |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | 33 | 22 | 0.00% | 7,097.20 | UNSECURED CREDITOR | 8182 | SEARS/MASTERCARD/CITIBANK |
| **CITI/SHELL**<br>POB 6497<br>SIOUX FALLS, SD 57117-6497 | 34 | | 0.00% | 0.00 | UNSECURED CREDITOR | 8002 | NT ADR/SCH |
| **SUNOCO/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | 35 | | 0.00% | 0.00 | UNSECURED CREDITOR | 8001 | NT ADR/SCH |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | 36 | 15 | 0.00% | 6,616.75 | UNSECURED CREDITOR | 0750 | |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | 37 | 13 | 0.00% | 3,817.30 | UNSECURED CREDITOR | 5670 | SYNCHRONY BANK~WALMART |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO CARD SERVICES<br>PO BOX 9210<br>DES MOINES, IA 50306 | 38 | 21 | 0.00% | 3,094.59 | UNSECURED CREDITOR | 9209 | 6002/SCH*625239209 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | 39 | | 0.00% | 0.00 | NOTICE ONLY | | MICHAEL HUTH~ND ADR/SCH H |
| **WELLS FARGO BANK NA**<br>ONE HOME CAMPUS<br>MAC# X2302-04C<br>DES MOINES, IA 50328 | 40 | 8 | 0.00% | 77.51 | MORTGAGE ARR. | 0412 | C8GOV*$0 ARRS/PL*THRU 10/16 |

| CLAIM RECORDS | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA** <br> PO BOX 901032 <br><br> FT WORTH, TX  76101-2032 | Trustee Claim Number:41  INT %:  0.00% <br> Court Claim Number:9 <br><br> CLAIM:  0.00 <br> COMMENT:  CL BAL: 18678.15 ~W/4 | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  4708 |