IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Michael J. Huth, Sr. | : | Case No.16-24167JAD |
| Rosalyn M. Huth | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Clm. #5 |
| Movant(s) | : | |
| | : | Re Doc. 41 |
| vs. | : | |
| PRA Receivables Management LLC, as | : | |
| Agent of Portfolio Recovery Associates LLC | | Hearing Date |
| Respondent(s) | | |

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd of April 2018, I served one true and correct copy of the Hearing Notice on Trustee's Objection to Claim on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk VA 23541

Portfolio Recovery Associates LLC
120 Corporate Blvd
Norfolk VA  23502

Michael and Rosalyn Huth
24 Woodlawn Drive
Freeport PA 16229

Kenneth Steidl, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh PA 15219

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com