**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Michael J. Huth, Sr.                                : Case No.16-24167JAD
Rosalyn M. Huth                                    : Chapter 13
    Debtor(s)                               :
Ronda J. Winnecour, Trustee                        :
                                                   : Re Clm. #5
    Movant(s)                               :
                                                   :
    vs.                                     : Doc. # 40
PRA Receivables Management LLC, as                 :
Agent of Portfolio Recovery Associates LLC           Hearing Date
    Respondent(s)

## ORDER OF COURT

AND NOW, this __4th__ day of __May__, 20_18_, upon consideration of the Trustee's Objection to Claim No. 5, and any responses thereto, it is hereby ORDERED that:

(a) Claim No. 5 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs, or charges shall be allowed for defending this objection.

FILED
5/4/18 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jsf
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-24167-JAD
Michael J. Huth, Sr.                                            Chapter 13
Rosalyn M. Huth
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: amaz              Page 1 of 1              Date Rcvd: May 04, 2018
                               Form ID: pdf900         Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
```
db/jdb         +Michael J. Huth, Sr.,    Rosalyn M. Huth,    24 Woodlawn Dr.,    Freeport, PA 16229-1940
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2018 01:58:31
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14381894        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2018 01:58:32
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14670708        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2018 01:58:31
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
```
              James   Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Karina   Velter     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Kenneth   Steidl    on behalf of Joint Debtor Rosalyn M. Huth julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Debtor Michael J. Huth, Sr. julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7
```