**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 16-24167-JAD |
| **Michael J. Huth, Sr.** | : | Chapter 13 |
| **Rosalyn M. Huth** | : | Judge Jeffery A. Deller |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| | : | September 18, 2018 at 10:00 a.m. |
| vs | : | |
| | : | |
| **Michael J. Huth, Sr.** | : | 54th Floor, U.S. Steel Tower |
| **Rosalyn M. Huth** | : | 600 Grant Street, Pittsburgh, PA 15219 |
| | : | Doc. # 50 |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, to wit, this __11th__ day of __September__, 20 __18__, upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of JPMorgan Chase Bank, N.A. in and to the Collateral of Debtor described as 2015 Subaru Forester VIN JF2SJADC5FH423586.

BY THE COURT

_____ jsf
JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219 (notified by ecf)

18-002219_EJS1

In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

FILED
9/11/18 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Kenneth Steidl, Attorney for Debtor, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 (notified by ecf)

Michael J. Huth, Sr.Rosalyn M. HuthDebtor, 24 Woodlawn Dr., Freeport, PA  16229 (notified by regular US Mail)

18-002219_EJS1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael J. Huth, Sr.
Rosalyn M. Huth
    Debtors

Case No. 16-24167-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Sep 11, 2018
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
db/jdb       +Michael J. Huth, Sr.,   Rosalyn M. Huth,   24 Woodlawn Dr.,   Freeport, PA 16229-1940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2018 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        Karina   Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
        Kenneth   Steidl    on behalf of Debtor Michael J. Huth, Sr. julie.steidl@steidl-steinberg.com,
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Kenneth   Steidl    on behalf of Joint Debtor Rosalyn M. Huth julie.steidl@steidl-steinberg.com,
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                                                                                                                                                                                                                                       TOTAL: 7