21-0124

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael J. Huth, Sr.<br>Rosalyn M. Huth<br>               Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 16-24167 JAD |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A. in the above captioned matter.

                  POWERS KIRN, LLC

                  By: **/s/ Jill Manuel-Coughlin, Esquire**
                  Attorney ID# 63252
                  Eight Neshaminy Interplex, Suite 215
                  Trevose, PA 19053
                  Telephone: 215-942-2090
                  Dated: May 5, 2021