**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael J. Huth Sr.**
**Rosalyn M. Huth**
    Debtor(s)

Bankruptcy Case No.: 16−24167−JAD

Chapter: 13
Docket No.: 75 − 74

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 28th of May, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/28/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/7/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/28/21.**

                                                  <u>Jeffery A. Deller</u>
                                                  United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-24167-JAD
Michael J. Huth, Sr. Chapter 13
Rosalyn M. Huth
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 1 of 4 |
| Date Rcvd: May 28, 2021 | Form ID: 408 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Huth, Sr., Rosalyn M. Huth, 24 Woodlawn Dr., Freeport, PA 16229-1940 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | WELLS FARGO BANK, N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14318981 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America Visa, PO Box 15019, Wilmington, DE 19886 |
| 14318982 | + | Bank of America-American Express, PO Box 15019, Wilmington, DE 19886-5019 |
| 14318983 | + | Barkley Bank/Juniper Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14318986 | + | Captial One Mastercard, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14318993 | + | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14336032 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14328801 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14319009 | + | Shell Oil Company, PO Box 6406, Sioux Falls, SD 57117-6406 |
| 14319011 | + | Target Mastercard, PO Box 660170, Dallas, TX 75266-0170 |
| 14319013 | + | Wells Fargo Bank, PO Box 10347, Des Moines, IA 50306-0347 |
| 14337314 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |
| 14381979 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14341364 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14319014 | | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 14319015 | + | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 29 2021 00:49:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| 14806272 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 29 2021 00:49:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14330824 | | Email/Text: ally@ebn.phinsolutions.com | May 29 2021 00:50:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14318980 | + | Email/Text: ally@ebn.phinsolutions.com | May 29 2021 00:50:00 | Ally Bank, PO Box 9001951, Louisville, KY 40290-1951 |
| 14318984 | + | Email/PDF: gecsedi@recoverycorp.com | May 29 2021 02:03:54 | BP Visa, c/o Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14318985 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 29 2021 02:03:58 | Capital One Mastercard, PO Box 71083, Charlotte, NC 28272-1083 |
| 14318987 | + | Email/Text: bk.notifications@jpmchase.com | May 29 2021 00:50:00 | Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14318992 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 16-24167-JAD   Doc 76   Filed 05/30/21   Entered 05/31/21 00:34:33   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: jfur | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: 408 | Total Noticed: 54 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 29 2021 02:03:54 | Citgo, c/o Synchrony Bank, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14318999 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:04:03 | Macy's, Bankruptcy Dept., PO Box 8218, Mason, OH 45040 |
| 14319000 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:04:02 | Macy's/American Express, Bankrutpcy Dept., PO Box 8218, Mason, OH 45040 |
| 14371145 | | Email/Text: bnc-quantum@quantum3group.com | May 29 2021 00:50:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14328892 | | Email/Text: mrdiscen@discover.com | May 29 2021 00:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14318994 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:06:24 | Exxon Mobil, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 14918213 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 29 2021 00:49:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14318997 | + | Email/PDF: gecsedi@recoverycorp.com | May 29 2021 02:05:03 | Gap Visa, c/o Synchrony Bank, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14318988 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 29 2021 02:03:57 | Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14318990 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 29 2021 02:06:19 | Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14348508 | | Email/Text: bk.notifications@jpmchase.com | May 29 2021 00:50:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14318998 | + | Email/PDF: gecsedi@recoverycorp.com | May 29 2021 02:03:54 | Lowe's, c/o Synchrony Bank, Attn: Bankrutpcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14363747 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2021 00:51:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14356181 | | Email/PDF: pa_dc_claims@navient.com | May 29 2021 02:05:11 | NAVIENT PC TRUST, C/O Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14319001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:05:14 | National Tire & Battery, 6716 Grade Lane, Bldg. 9, Suite 910, Louisville, KY 40213-3410 |
| 14319002 | + | Email/PDF: pa_dc_claims@navient.com | May 29 2021 02:05:11 | Navient, PO Box 9650, Wilkes Barre, PA 18773-9650 |
| 14332815 | + | Email/PDF: cbp@onemainfinancial.com | May 29 2021 02:06:15 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14332813 | + | Email/PDF: cbp@onemainfinancial.com | May 29 2021 02:03:52 | ONEMAIN, 605 MUNN ROAD, FT. MOLL, SC 29715-8421 |
| 14319004 | + | Email/PDF: cbp@onemainfinancial.com | May 29 2021 02:06:15 | One Main Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 14335590 | | Email/PDF: cbp@onemainfinancial.com | May 29 2021 02:03:53 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14319006 | | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2021 00:50:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230 |
| 14381894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2021 02:06:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14670708 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2021 02:05:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14325526 | + | Email/PDF: rmscedi@recoverycorp.com | May 29 2021 02:04:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14319007 | + | Email/PDF: gecsedi@recoverycorp.com | May 29 2021 02:03:54 | Sam's Club Master Card, c/o Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

Case 16-24167-JAD   Doc 76   Filed 05/30/21   Entered 05/31/21 00:34:33   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: jfur | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: 408 | Total Noticed: 54 |

| 14319008 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:05:12 | Sears Mastercard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14319010 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:05:12 | Sunoco, PO Box 6407, Sioux Falls, SD 57117-6407 |
| 14370578 | + | Email/Text: bncmail@w-legal.com | May 29 2021 01:46:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14319012 | + | Email/PDF: gecsedi@recoverycorp.com | May 29 2021 02:06:17 | Walmart Mastercard, c/o Synchrony Bank, Bankruptcy Dept., PO Box 965023, Orlando, FL 32896-5023 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14318995 | *+ | Exxon Mobil, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 14318989 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14318991 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14373695 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14319003 | *+ | Navient, PO Box 9650, Wilkes Barre, PA 18773-9650 |
| 14319005 | *+ | One Main Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 14318996 | *P++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020, address filed with court:, First National Bank of Omaha, PO Box 3412, Omaha, NE 68103 |
| 14678654 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2021           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Kenneth Steidl | on behalf of Debtor Michael J. Huth  Sr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@st |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 4 of 4 |
| Date Rcvd: May 28, 2021 | Form ID: 408 | Total Noticed: 54 |

eidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl

on behalf of Joint Debtor Rosalyn M. Huth julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@st
eidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com

TOTAL: 8