**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL J. HUTH, SR.
ROSALYN M. HUTH
      Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
      Movant
     vs.
No Respondents.

Case No.:16-24167 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/08/2016 and confirmed on 12/30/16. The case was subsequently     Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 264,621.58 |
| Less Refunds to Debtor | 17,071.92 | |
| TOTAL AMOUNT OF PLAN FUND | | 247,549.66 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,200.00 | |
|   Trustee Fee | 12,750.73 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,950.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WELLS FARGO BANK NA<br>    Acct: 0412 | 0.00 | 68,145.25 | 0.00 | 68,145.25 |
|   WELLS FARGO BANK NA<br>    Acct: 0412 | 77.51 | 77.51 | 0.00 | 77.51 |
|   ALLY BANK(*)<br>    Acct: 2569 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WELLS FARGO BANK NA D/B/A WELLS FA<br>    Acct: 7585 | 0.00 | 36,852.48 | 0.00 | 36,852.48 |
| | | | | 105,075.24 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MICHAEL J. HUTH, SR.<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MICHAEL J. HUTH, SR.<br>    Acct: | 4,900.00 | 4,900.00 | 0.00 | 0.00 |
|   MICHAEL J. HUTH, SR.<br>    Acct: | 12,171.92 | 12,171.92 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 4708 | 2,732.03 | 2,732.03 | 0.00 | 2,732.03 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 4708 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2,732.03 |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA**<br>    Acct: 8397 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BANK OF AMERICA NA**<br>    Acct: 9789 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BARCLAYS BANK DELAWARE<br>    Acct: 9456 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MIDLAND FUNDING LLC | 732.40 | 732.40 | 0.00 | 732.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0619 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 801.24 | 801.24 | 0.00 | 801.24 |
| Acct: 8645 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,941.52 | 1,941.52 | 0.00 | 1,941.52 |
| Acct: 4504 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7107 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9511 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4750 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8833 | | | | |
| DISCOVER BANK(*) | 13,917.39 | 13,917.39 | 0.00 | 13,917.39 |
| Acct: 1769 | | | | |
| EXXON MOBILE/CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5767 | | | | |
| EXXON MOBILE/CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7418 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 8,052.61 | 8,052.61 | 0.00 | 8,052.61 |
| Acct: 7361 | | | | |
| MIDLAND FUNDING LLC | 332.66 | 332.66 | 0.00 | 332.66 |
| Acct: 6674 | | | | |
| MIDLAND FUNDING LLC | 2,209.52 | 2,209.52 | 0.00 | 2,209.52 |
| Acct: 6470 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 158.68 | 158.68 | 0.00 | 158.68 |
| Acct: 4791 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 716.48 | 716.48 | 0.00 | 716.48 |
| Acct: 1613 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 692.66 | 692.66 | 0.00 | 692.66 |
| Acct: 0087 | | | | |
| NAVIENT PC TRUST | 1,291.53 | 1,291.53 | 0.00 | 1,291.53 |
| Acct: 4154 | | | | |
| GLHEC & AFFILIATES: GLHEGC NELA USA | 60,060.00 | 60,060.00 | 0.00 | 60,060.00 |
| Acct: 4154 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8367 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 7,030.91 | 7,030.91 | 0.00 | 7,030.91 |
| Acct: 8183 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3324 | | | | |
| MIDLAND FUNDING LLC | 5,228.22 | 5,228.22 | 0.00 | 5,228.22 |
| Acct: 6380 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 7,097.20 | 7,097.20 | 0.00 | 7,097.20 |
| Acct: 8182 | | | | |
| CITI/SHELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8002 | | | | |
| SUNOCO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8001 | | | | |
| TD BANK USA NA** | 6,616.75 | 6,616.75 | 0.00 | 6,616.75 |
| Acct: 0750 | | | | |
| MIDLAND FUNDING LLC | 3,817.30 | 3,817.30 | 0.00 | 3,817.30 |
| Acct: 5670 | | | | |
| WELLS FARGO BANK NA | 3,094.59 | 3,094.59 | 0.00 | 3,094.59 |
| Acct: 9209 | | | | |
| UNITED STUDENT AID FUNDS INC (USAF) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4154 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XXXXXPRAE | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 123,791.66 |

TOTAL PAID TO CREDITORS                                                                 231,598.93

TOTAL CLAIMED
PRIORITY          2,732.03
SECURED              77.51
UNSECURED       123,791.66

Date: 05/25/2021                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL J. HUTH, SR.
    ROSALYN M. HUTH
          Debtor(s)

    Ronda J. Winnecour
          Movant
       vs.
    No Repondents.

Case No.:16-24167 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-24167-JAD
Michael J. Huth, Sr.     Chapter 13
Rosalyn M. Huth
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jfur     Page 1 of 4
Date Rcvd: May 28, 2021     Form ID: pdf900     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Huth, Sr., Rosalyn M. Huth, 24 Woodlawn Dr., Freeport, PA 16229-1940 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | WELLS FARGO BANK, N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14318981 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America Visa, PO Box 15019, Wilmington, DE 19886 |
| 14318982 | + | Bank of America-American Express, PO Box 15019, Wilmington, DE 19886-5019 |
| 14318983 | + | Barkley Bank/Juniper Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14318986 | + | Captial One Mastercard, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14318993 | + | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14336032 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14328801 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14319009 | + | Shell Oil Company, PO Box 6406, Sioux Falls, SD 57117-6406 |
| 14319011 | + | Target Mastercard, PO Box 660170, Dallas, TX 75266-0170 |
| 14319013 | + | Wells Fargo Bank, PO Box 10347, Des Moines, IA 50306-0347 |
| 14337314 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |
| 14381979 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14341364 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14319014 | | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 14319015 | + | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 29 2021 00:49:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| 14806272 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 29 2021 00:49:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14330824 | | Email/Text: ally@ebn.phinsolutions.com | May 29 2021 00:50:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14318980 | + | Email/Text: ally@ebn.phinsolutions.com | May 29 2021 00:50:00 | Ally Bank, PO Box 9001951, Louisville, KY 40290-1951 |
| 14318984 | + | Email/PDF: gecsedi@recoverycorp.com | May 29 2021 02:03:55 | BP Visa, c/o Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14318985 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 29 2021 02:06:20 | Capital One Mastercard, PO Box 71083, Charlotte, NC 28272-1083 |
| 14318987 | + | Email/Text: bk.notifications@jpmchase.com | May 29 2021 00:50:00 | Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14318992 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0315-2 | User: jfur | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: pdf900 | Total Noticed: 54 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 29 2021 02:03:55 | Citgo, c/o Synchrony Bank, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14318999 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:04:02 | Macy's, Bankruptcy Dept., PO Box 8218, Mason, OH 45040 |
| 14319000 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:04:02 | Macy's/American Express, Bankrutpcy Dept., PO Box 8218, Mason, OH 45040 |
| 14371145 | | Email/Text: bnc-quantum@quantum3group.com | May 29 2021 00:50:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14328892 | | Email/Text: mrdiscen@discover.com | May 29 2021 00:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14318994 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:06:24 | Exxon Mobil, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 14918213 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 29 2021 00:49:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14318997 | + | Email/PDF: gecsedi@recoverycorp.com | May 29 2021 02:05:03 | Gap Visa, c/o Synchrony Bank, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14318988 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 29 2021 02:06:19 | Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14318990 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 29 2021 02:06:19 | Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14348508 | | Email/Text: bk.notifications@jpmchase.com | May 29 2021 00:50:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14318998 | + | Email/PDF: gecsedi@recoverycorp.com | May 29 2021 02:05:03 | Lowe's, c/o Synchrony Bank, Attn: Bankrutpcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14363747 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2021 00:51:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14356181 | | Email/PDF: pa_dc_claims@navient.com | May 29 2021 02:06:25 | NAVIENT PC TRUST, C/O Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14319001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:04:02 | National Tire & Battery, 6716 Grade Lane, Bldg. 9, Suite 910, Louisville, KY 40213-3410 |
| 14319002 | + | Email/PDF: pa_dc_claims@navient.com | May 29 2021 02:06:24 | Navient, PO Box 9650, Wilkes Barre, PA 18773-9650 |
| 14332815 | + | Email/PDF: cbp@onemainfinancial.com | May 29 2021 02:06:15 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14332813 | + | Email/PDF: cbp@onemainfinancial.com | May 29 2021 02:03:52 | ONEMAIN, 605 MUNN ROAD, FT. MOLL, SC 29715-8421 |
| 14319004 | + | Email/PDF: cbp@onemainfinancial.com | May 29 2021 02:06:16 | One Main Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 14335590 | | Email/PDF: cbp@onemainfinancial.com | May 29 2021 02:03:53 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14319006 | | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2021 00:50:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230 |
| 14381894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2021 02:05:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14670708 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2021 02:04:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14325526 | + | Email/PDF: rmscedi@recoverycorp.com | May 29 2021 02:06:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14319007 | + | Email/PDF: gecsedi@recoverycorp.com | May 29 2021 02:06:17 | Sam's Club Master Card, c/o Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

Case 16-24167-JAD  Doc 77  Filed 05/30/21  Entered 05/31/21 00:34:33  Desc Imaged
Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: jfur | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14319008 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:04:02 | Sears Mastercard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14319010 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:05:12 | Sunoco, PO Box 6407, Sioux Falls, SD 57117-6407 |
| 14370578 | + | Email/Text: bncmail@w-legal.com | May 29 2021 01:46:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14319012 | + | Email/PDF: gecsedi@recoverycorp.com | May 29 2021 02:03:54 | Walmart Mastercard, c/o Synchrony Bank, Bankruptcy Dept., PO Box 965023, Orlando, FL 32896-5023 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14318995 | *+ | Exxon Mobil, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 14318989 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14318991 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14373695 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14319003 | *+ | Navient, PO Box 9650, Wilkes Barre, PA 18773-9650 |
| 14319005 | *+ | One Main Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 14318996 | *P++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020, address filed with court:, First National Bank of Omaha, PO Box 3412, Omaha, NE 68103 |
| 14678654 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Kenneth Steidl | on behalf of Debtor Michael J. Huth  Sr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@st |

District/off: 0315-2 | User: jfur | Page 4 of 4
Date Rcvd: May 28, 2021 | Form ID: pdf900 | Total Noticed: 54

|  |  |
|---|---|
|  | eidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | |
|  | on behalf of Joint Debtor Rosalyn M. Huth julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | |
|  | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
|  | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
|  | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Stephen Russell Franks | |
|  | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |

TOTAL: 8