| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael J. Huth Sr.** | Social Security number or ITIN   xxx–xx–4025 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Rosalyn M. Huth** | Social Security number or ITIN   xxx–xx–4154 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **16–24167–JAD** | | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J. Huth Sr.                                             Rosalyn M. Huth

<u>6/30/21</u>                                                          **By the court:**    <u>Jeffery A. Deller</u>
                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-24167-JAD
Michael J. Huth, Sr. Chapter 13
Rosalyn M. Huth
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 4
Date Rcvd: Jun 30, 2021      Form ID: 3180W      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Huth, Sr., Rosalyn M. Huth, 24 Woodlawn Dr., Freeport, PA 16229-1940 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14318982 | + | Bank of America-American Express, PO Box 15019, Wilmington, DE 19886-5019 |
| 14318983 | + | Barkley Bank/Juniper Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14318986 | + | Captial One Mastercard, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14318993 | + | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14336032 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14328801 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14319009 | + | Shell Oil Company, PO Box 6406, Sioux Falls, SD 57117-6406 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jul 01 2021 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2021 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jul 01 2021 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2021 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 30 2021 23:44:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | EDI: WFFC.COM | Jul 01 2021 03:43:00 | WELLS FARGO BANK, N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14806272 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 30 2021 23:44:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14330824 | EDI: GMACFS.COM | Jul 01 2021 03:38:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14318980 | + EDI: GMACFS.COM | Jul 01 2021 03:38:00 | Ally Bank, PO Box 9001951, Louisville, KY 40290-1951 |
| 14318981 | EDI: BANKAMER.COM | | |

Case 16-24167-JAD    Doc 83    Filed 07/02/21    Entered 07/03/21 00:33:47    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: 3180W | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| | | Jul 01 2021 03:38:00 | Bank of America Visa, PO Box 15019, Wilmington, DE 19886 |
| 14318984 | + EDI: RMSC.COM | | |
| | | Jul 01 2021 03:43:00 | BP Visa, c/o Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14318985 | + EDI: CAPITALONE.COM | | |
| | | Jul 01 2021 03:43:00 | Capital One Mastercard, PO Box 71083, Charlotte, NC 28272-1083 |
| 14318987 | + EDI: CHASEAUTO | | |
| | | Jul 01 2021 03:43:00 | Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14318992 | + EDI: RMSC.COM | | |
| | | Jul 01 2021 03:43:00 | Citgo, c/o Synchrony Bank, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14318999 | EDI: CITICORP.COM | | |
| | | Jul 01 2021 03:43:00 | Macy's, Bankruptcy Dept., PO Box 8218, Mason, OH 45040 |
| 14319000 | EDI: CITICORP.COM | | |
| | | Jul 01 2021 03:43:00 | Macy's/American Express, Bankrutpcy Dept., PO Box 8218, Mason, OH 45040 |
| 14371145 | EDI: Q3G.COM | | |
| | | Jul 01 2021 03:43:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14328892 | EDI: DISCOVER.COM | | |
| | | Jul 01 2021 03:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14318994 | + EDI: CITICORP.COM | | |
| | | Jul 01 2021 03:43:00 | Exxon Mobil, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 14918213 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | | |
| | | Jun 30 2021 23:44:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14318997 | + EDI: RMSC.COM | | |
| | | Jul 01 2021 03:43:00 | Gap Visa, c/o Synchrony Bank, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14318988 | EDI: JPMORGANCHASE | | |
| | | Jul 01 2021 03:43:00 | Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14318990 | EDI: JPMORGANCHASE | | |
| | | Jul 01 2021 03:43:00 | Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14348508 | EDI: CHASEAUTO | | |
| | | Jul 01 2021 03:43:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14318998 | + EDI: RMSC.COM | | |
| | | Jul 01 2021 03:43:00 | Lowe's, c/o Synchrony Bank, Attn: Bankrutpcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14363747 | + EDI: MID8.COM | | |
| | | Jul 01 2021 03:43:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14356181 | EDI: NAVIENTFKASMSERV.COM | | |
| | | Jul 01 2021 03:43:00 | NAVIENT PC TRUST, C/O Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14319001 | + EDI: CITICORP.COM | | |
| | | Jul 01 2021 03:43:00 | National Tire & Battery, 6716 Grade Lane, Bldg. 9, Suite 910, Louisville, KY 40213-3410 |
| 14319002 | + EDI: NAVIENTFKASMSERV.COM | | |
| | | Jul 01 2021 03:43:00 | Navient, PO Box 9650, Wilkes Barre, PA 18773-9650 |
| 14332815 | + EDI: AGFINANCE.COM | | |
| | | Jul 01 2021 03:38:00 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14332813 | + EDI: AGFINANCE.COM | | |
| | | Jul 01 2021 03:38:00 | ONEMAIN, 605 MUNN ROAD, FT. MOLL, SC 29715-8421 |
| 14319004 | + EDI: AGFINANCE.COM | | |
| | | Jul 01 2021 03:38:00 | One Main Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 14335590 | EDI: AGFINANCE.COM | | |
| | | Jul 01 2021 03:38:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14319006 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jun 30 2021 23:44:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230 |
| 14381894 | EDI: PRA.COM | | |

| District/off: 0315-2 | User: mgut | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: 3180W | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| 14670708 | EDI: PRA.COM | Jul 01 2021 03:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14325526 | + EDI: RECOVERYCORP.COM | Jul 01 2021 03:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14319007 | + EDI: RMSC.COM | Jul 01 2021 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14319008 | + EDI: CITICORP.COM | Jul 01 2021 03:43:00 | Sam's Club Master Card, c/o Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14319010 | + EDI: CITICORP.COM | Jul 01 2021 03:43:00 | Sears Mastercard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14370578 | + Email/Text: bncmail@w-legal.com | Jul 01 2021 03:43:00 | Sunoco, PO Box 6407, Sioux Falls, SD 57117-6407 |
| | | Jun 30 2021 23:45:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14319011 | + EDI: WTRRNBANK.COM | Jul 01 2021 03:43:00 | Target Mastercard, PO Box 660170, Dallas, TX 75266-0170 |
| 14319012 | + EDI: RMSC.COM | Jul 01 2021 03:43:00 | Walmart Mastercard, c/o Synchrony Bank, Bankruptcy Dept., PO Box 965023, Orlando, FL 32896-5023 |
| 14319013 | + EDI: WFFC.COM | Jul 01 2021 03:43:00 | Wells Fargo Bank, PO Box 10347, Des Moines, IA 50306-0347 |
| 14337314 | EDI: WFFC.COM | Jul 01 2021 03:43:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |
| 14381979 | EDI: WFFC.COM | Jul 01 2021 03:43:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14341364 | EDI: WFFC.COM | Jul 01 2021 03:43:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14319014 | EDI: WFFC.COM | Jul 01 2021 03:43:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 14319015 | + EDI: WFFC.COM | Jul 01 2021 03:43:00 | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14318995 | *+ | Exxon Mobil, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 14318989 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14318991 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14373695 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14319003 | *+ | Navient, PO Box 9650, Wilkes Barre, PA 18773-9650 |
| 14319005 | *+ | One Main Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 14318996 | *P++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020, address filed with court:, First National Bank of Omaha, PO Box 3412, Omaha, NE 68103 |
| 14678654 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

Case 16-24167-JAD  Doc 83  Filed 07/02/21  Entered 07/03/21 00:33:47  Desc Imaged
Certificate of Notice  Page 6 of 6

| District/off: 0315-2 | User: mgut | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: 3180W | Total Noticed: 56 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2021                       Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Kenneth Steidl | on behalf of Debtor Michael J. Huth  Sr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Rosalyn M. Huth julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |

TOTAL: 8