**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    MICHAEL J. HUTH, SR.
    ROSALYN M. HUTH
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.: 16-24167 JAD

Chapter 13

Document No.: 74

**ORDER OF COURT**

AND NOW, this __30th__ day of __June__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/30/21 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-24167-JAD
Michael J. Huth, Sr.     Chapter 13
Rosalyn M. Huth
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 4
Date Rcvd: Jun 30, 2021     Form ID: pdf900     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Huth, Sr., Rosalyn M. Huth, 24 Woodlawn Dr., Freeport, PA 16229-1940 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | # | WELLS FARGO BANK, N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14318981 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America Visa, PO Box 15019, Wilmington, DE 19886 |
| 14318982 | + | Bank of America-American Express, PO Box 15019, Wilmington, DE 19886-5019 |
| 14318983 | + | Barkley Bank/Juniper Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14318986 | + | Captial One Mastercard, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14318993 | + | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14336032 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14328801 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14319009 | + | Shell Oil Company, PO Box 6406, Sioux Falls, SD 57117-6406 |
| 14319011 | + | Target Mastercard, PO Box 660170, Dallas, TX 75266-0170 |
| 14319013 | + | Wells Fargo Bank, PO Box 10347, Des Moines, IA 50306-0347 |
| 14337314 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |
| 14381979 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14341364 | # | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14319015 | + | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 30 2021 23:44:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| 14806272 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 30 2021 23:44:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14330824 | | Email/Text: ally@ebn.phinsolutions.com | Jun 30 2021 23:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14318980 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 30 2021 23:44:00 | Ally Bank, PO Box 9001951, Louisville, KY 40290-1951 |
| 14318984 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2021 23:43:47 | BP Visa, c/o Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14318985 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 30 2021 23:43:35 | Capital One Mastercard, PO Box 71083, Charlotte, |

Case 16-24167-JAD   Doc 84   Filed 07/02/21   Entered 07/03/21 00:33:47   Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: pdf900 | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | NC 28272-1083 |
| 14318987 | + | Email/Text: bk.notifications@jpmchase.com | Jun 30 2021 23:44:00 | Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14318992 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2021 23:43:33 | Citgo, c/o Synchrony Bank, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14318999 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2021 23:58:54 | Macy's, Bankruptcy Dept., PO Box 8218, Mason, OH 45040 |
| 14319000 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2021 23:58:43 | Macy's/American Express, Bankrutpcy Dept., PO Box 8218, Mason, OH 45040 |
| 14371145 | | Email/Text: bnc-quantum@quantum3group.com | Jun 30 2021 23:44:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14328892 | | Email/Text: mrdiscen@discover.com | Jun 30 2021 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14318994 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2021 23:58:43 | Exxon Mobil, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 14918213 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 30 2021 23:44:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14318997 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2021 23:43:33 | Gap Visa, c/o Synchrony Bank, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14318988 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 30 2021 23:43:33 | Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14318990 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 30 2021 23:43:33 | Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14348508 | | Email/Text: bk.notifications@jpmchase.com | Jun 30 2021 23:44:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14318998 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2021 23:43:48 | Lowe's, c/o Synchrony Bank, Attn: Bankrutpcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14363747 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 30 2021 23:45:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14356181 | | Email/PDF: pa_dc_claims@navient.com | Jun 30 2021 23:43:49 | NAVIENT PC TRUST, C/O Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14319001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2021 23:58:54 | National Tire & Battery, 6716 Grade Lane, Bldg. 9, Suite 910, Louisville, KY 40213-3410 |
| 14319002 | + | Email/PDF: pa_dc_claims@navient.com | Jun 30 2021 23:43:49 | Navient, PO Box 9650, Wilkes Barre, PA 18773-9650 |
| 14332815 | + | Email/PDF: cbp@onemainfinancial.com | Jun 30 2021 23:44:00 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14332813 | + | Email/PDF: cbp@onemainfinancial.com | Jun 30 2021 23:43:47 | ONEMAIN, 605 MUNN ROAD, FT. MOLL, SC 29715-8421 |
| 14319004 | + | Email/PDF: cbp@onemainfinancial.com | Jun 30 2021 23:43:32 | One Main Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 14335590 | | Email/PDF: cbp@onemainfinancial.com | Jun 30 2021 23:43:31 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14319006 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 30 2021 23:44:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230 |
| 14381894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2021 23:44:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14670708 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2021 23:43:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14325526 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 30 2021 23:43:49 | PRA Receivables Management, LLC, PO Box |

Case 16-24167-JAD   Doc 84   Filed 07/02/21   Entered 07/03/21 00:33:47   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: mgut | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 14319007 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2021 23:44:00 | Sam's Club Master Card, c/o Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14319008 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2021 23:58:54 | Sears Mastercard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14319010 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2021 23:58:43 | Sunoco, PO Box 6407, Sioux Falls, SD 57117-6407 |
| 14370578 | + | Email/Text: bncmail@w-legal.com | Jun 30 2021 23:45:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14319012 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2021 23:43:47 | Walmart Mastercard, c/o Synchrony Bank, Bankruptcy Dept., PO Box 965023, Orlando, FL 32896-5023 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14318995 | *+ | Exxon Mobil, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 14318989 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14318991 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Visa, PO Box 1423, Charlotte, NC 28201 |
| 14373695 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14319003 | *+ | Navient, PO Box 9650, Wilkes Barre, PA 18773-9650 |
| 14319005 | *+ | One Main Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 14318996 | *P++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020, address filed with court:, First National Bank of Omaha, PO Box 3412, Omaha, NE 68103 |
| 14678654 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14319014 | ## | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 1 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 4 of 4 |
| Date Rcvd: Jun 30, 2021 | Form ID: pdf900 | Total Noticed: 53 |

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Kenneth Steidl
    on behalf of Debtor Michael J. Huth  Sr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
    on behalf of Joint Debtor Rosalyn M. Huth julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

TOTAL: 8